[Civil No. 924.]

THE TERRITORY OF ARIZONA, Plaintiff, v. JOHN S. KOLAR et al., as Supervisors of Mohave County, Arizona, and THOMAS McNEELY, as Clerk of the Board of Supervisors of Mohave County, Defendants.

PETITION for Writ of Mandamus.

E. S. Clark, Attorney-General, for Plaintiff.

W. G. Blakely, for Defendants.

November 17, 1905. Dismissed.

---

[Civil No. 926.]

THE TERRITORY OF ARIZONA, Plaintiff, v. BAYLOR SHANNON et al., as Supervisors of Graham County, Arizona, and GEORGE CARLTON, as Clerk of the Board of Supervisors of Graham County, Defendants.

PETITION for Writ of Mandamus.

E. S. Clark, Attorney-General, for Plaintiff.

No appearance for Defendants.

November 17, 1905. Dismissed.